UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:20-cv-25109-UU

EMILIO PINERO,

    Plaintiff,
v.

KRAMCO, INC.,

    Defendant.
_____/

## NOTICE OF COURT PRACTICE UPON SETTLEMENT

THIS CAUSE is before the Court upon Plaintiff's Notice of Settlement (D.E. 20) (the "Notice"). The Court has reviewed the pertinent portions of the record and is otherwise fully advised in the premises. On February 11, 2021, Plaintiff filed the Notice, notifying the Court that the parties have reached a full settlement of all claims. *Id.*

THE PARTIES are hereby notified that all papers related to the settlement reached by the parties, including any order of dismissal stating specific terms and conditions, must be received by this Court by **Thursday, <u>March 11, 2021</u>**. If such papers are not filed by this deadline, this matter will be DISMISSED without further notice. Within sixty (60) days of such an order of dismissal, either party may petition the court to have the case reinstated after showing good cause as to why settlement was not in fact consummated. It is further

DONE AND ORDERED in Chambers, Miami, Florida, this _16th_ day of February, 2021.

                                                    _____
                                                  URSULA UNGARO
                                                  UNITED STATES DISTRICT JUDGE

copies provided: counsel of record